**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01213-CR

**AARON BERNARD CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56070-T**

## ORDER

The Court **REINSTATES** the appeal.

On March 14, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her increased workload due to the retirement of another attorney; and (4) Ms. Moore requested an additional thirty days from the April 11, 2016 findings to file appellant's brief.

We **DENY** as moot appellant's March 16, 2016 motion seeking an extension until March 25, 2016 to file appellant's brief.

We **ORDER** appellant to file his brief by **MAY 11, 2016**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
        JUSTICE